GORDON DAVIS v. STATE.

No. A-1873.   Opinion Filed December 13, 1913.

Appeal from County Court, Woodward county;
Clyde H. Wyand, Judge.

· Gordon Davis was convicted of conspiracy to defraud, and appeals.
Affirmed.

Appleget & Herod, for plaintiff in error.·

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Gordon Davis, was convicted at
the July, 1912, term of the county court of Woodward county on a
charge of conspiring with another to defraud one Gustave Dahlke of
certain real estate situated in said county, and his punishment fixed at
imprionment in the county jail for a period of six months and a fine
of $300.   A thorough reading of this record and careful consideration
of the facts disclosed thereby lead unerringly to the conclusion that
no miscarriage of justice has resulted by the conviction in this case.
This is a case which, in our judgment, should be affirmed without delay.
The judgment is affirmed with instructions to the trial court to cause
the same to be carried into execution.